UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL CORDARRYL STANFORD, | Case No. 2:23-cv-02125-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| DONNA STASHYN, et al., | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 17, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.[1]

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

---

[1] Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is the Plaintiff's responsibility to always keep the Court apprised of his current address. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 17, 2024 (ECF No. 9) are ADOPTED IN FULL;
2. Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 2) is GRANTED;
3. Plaintiff's First Amended Complaint (ECF No. 8) is DISMISSED without leave to amend; and
4. The Clerk of Court is directed to close this case.

Date: February 19, 2024

_____
Troy L. Nunley
United States District Judge

2